## UNITED STATES COURT OF INTERNATIONAL TRADE

———————————————————————x

HANGZHOU FIVE STAR ALUMINIUM CO., LTD.;
JIANGSU DINGSHENG NEW MATERIALS
JOINT-STOCK CO., LTD.; DINGSHENG ALUMINIUM
 INDUSTRIES (HONG KONG) TRADING CO.,
LIMITED (DINGSHENG ALUMINIUM
INDUSTRIES (HONG KONG) TRADING CO., LTD.);
HANGZHOU DINGSHENG IMPORT & EXPORT
CO., LTD. (HANGZHOU DINGSHENG IMPORT
AND EXPORT CO., LTD.); HANGZHOU TEEMFUL
ALUMINIUM CO., LTD.; INNER MONGOLIA
LIANSHENG NEW ENERGY MATERIAL CO., LTD.
(INNER MONGOLIA LIANSHENG NEW ENERGY
MATERIAL JOINT-STOCK CO., LTD.); INNER
MONGOLIA LIANSHENG NEW ENERGY MATERIAL
CO., LTD. (INNER MONGOLIA XINXING NEW
MATERIAL CO., LTD.); HANGZHOU DINGSHENG
INDUSTRIAL GROUP CO., LTD.; HANGZHOU
DINGCHENG ALUMINUM CO., LTD.;
LUOYANG LONGDING ALUMINIUM CO., LTD.;
WALSON (HK) TRADING CO., LIMITED; and
DINGHENG NEW MATERIALS CO., LTD.

: : : : : : : : : : : : : : : : : : : : : : : : :

**SUMMONS**

Court No. 24-00231

Plaintiffs,

v.

UNITED STATES,

Defendant.

———————————————————————x

To:     The Attorney General of the United States
        and the United States Department of Commerce:

        PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C.
§1581(c) to contest the determination described below.

                                        /s/     Mario Toscano
                                        Clerk of the Court

1.    <u>Name and standing of plaintiffs:</u> Hangzhou Five Star Aluminium Co., Ltd.; Jiangsu Dingsheng New Materials Joint-Stock Co., Ltd.; Dingsheng Aluminium Industries (Hong Kong) Trading Co., Limited (Dingsheng Aluminium Industries (Hong Kong) Trading Co., Ltd.); Hangzhou Dingsheng Import & Export Co., Ltd. (Hangzhou Dingsheng Import and Export Co., Ltd.); Hangzhou Teemful Aluminium Co., Ltd.; Inner Mongolia Liansheng New Energy Material Co., Ltd. (Inner Mongolia Liansheng New Energy Material Joint-Stock Co., Ltd.); Inner Mongolia Liansheng New Energy Material Co., Ltd. (Inner Mongolia Xinxing New Material Co., Ltd.); Hangzhou Dingsheng Industrial Group Co., Ltd.; Hangzhou Dingcheng Aluminum Co., Ltd.; Luoyang Longding Aluminium Co., Ltd.; Walson (HK) Trading Co., Limited; and Dingheng New Materials Co., Ltd. (collectively, "Dingsheng") as foreign manufacturers and exporters of certain aluminum foil from China. Dingsheng's products were the subject of the U.S. Department of Commerce's antidumping duty administrative review, for which the final results were published as *Certain Aluminum Foil from the People's Republic of China: Final Results of Countervailing Duty Administrative; 2022,* 89 Fed. Reg. 88,957 (Nov. 12, 2024).

Dingsheng participated as a party in the above-referenced administrative review and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Dingsheng accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.    <u>Brief description of the contested determination:</u>

Dingsheng contests the U.S. Department of Commerce's final results *Certain Aluminum Foil from the People's Republic of China: Final Results of Countervailing Duty Administrative; 2022,* 89 Fed. Reg. 88,957, dated November 12, 2024, finding that Dingsheng's imports of subject merchandise are subject to a 29.90% countervailing duty rate.

3.    <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on November 12, 2024 (89 Fed. Reg. 88,957).

4.    <u>Date of publication in the Federal Register:</u>

The contested *Final Results* in the above-referenced case were published in the Federal Register on November 12, 2024 (89 Fed. Reg. 88,957).

Respectfully submitted,

*/s/ Andrew T. Schutz*
Andrew T. Schutz
Jordan C. Kahn
Michael C. Holton
Eve Q. Wang

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

1201 New York Ave., NW
Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  December 12, 2024

**SERVICE OF SUMMONS BY THE CLERK**

       If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230