UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 8A
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

---

| | | |
|---|---|---|
| HANGZHOU FIVE STAR ALUMINUM CO. LTD., *et al.*, | : | |
| *Plaintiffs*, | : | Court No. 24-231 |
| v. | : | |
| UNITED STATES, | : | |
| *Defendant*, | : | |
| and | : | |
| ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP and its individual members, | : | |
| *Defendant-Intervenors*. | : | |

---

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismiss this action.

Dated: <u>August 6, 2025</u>

                                    Respectfully submitted,

                                    <u>/s/ Andrew T. Schutz</u>
                                    ANDREW T. SCHUTZ
                                    JORDAN C. KAHN

**GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT LLP**
1201 New York Avenue, NW, Ste. 650
Washington, DC 20005
(202) 783-6881
aschutz@gdlsk.com

*Counsel to Plaintiffs*

/s/ John M. Herrmann
JOHN M. HERRMANN
PAUL C. ROSENTHAL
JOSHUA R. MOREY
GRACE W. KIM

**KELLEY DRYE & WARREN LLP**
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8400
jherrmann @kelleydrye.com
prosenthal@kelleydrye.com
jmorey@kelleydrye.com
gkim@kelleydrye.com

*Counsel to Defendant-Intervenors Aluminum Association Trade Enforcement Working Group and its individual members (JW Aluminum Company, Novelis Corporation, and Reynolds Consumer Products LLC)*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Reginald T. Blades, Jr.

2

REGINALD T. BLADES, JR.
Assistant Director

/s/ Christopher A. Berridge
CHRISTOPHER A. BERRIDGE
Trial Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 598-7392
christopher.berridge@usdoj.gov

*Counsel for Defendant United States*

Order of Dismissal

      This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                          Clerk, U.S. Court of International Trade

                          By: _____
                                     Deputy Clerk

(As added Dec. 18, 2001, eff. Apr. 1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010)

13420845_1